# REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 17:101 Copyright Infringement | | | |
|---|---|---|---|---|
| CASE NO: 09-cv-01761 | DATE REFERRED: 2/25/11 <br><br> DISPOSITION DATE: | PURPOSE: Discovery Disputes | JUDGE: Howell | MAG. JUDGE |

| PLAINTIFF(S): <br> GREGORY SLATE | DEFENDANT(S): <br> ABC NEWS, INC., ET AL |
|---|---|

ENTRIES: