IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY SLATE,**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**AMERICAN BROADCASTING COMPANIES, INC., ET AL.,**<br><br>　　　　　　Defendants. | Civil Action No. 09-1761 (BAH/DAR) |

### DEFENDANTS' MOTION TO DISMISS
### FOR BAD-FAITH CONDUCT OF LITIGATION

　　Pursuant to this Court's inherent power to dismiss cases conducted in bad faith, Defendants American Broadcasting Companies, Inc. ("ABC"), ABC News/Starwave Partners, and Disney/ABC International Television, Inc. (collectively, "Defendants") respectfully move to dismiss Plaintiff Gregory Slate's claims against Defendants with prejudice.

　　For the reasons set forth more fully in the accompanying memorandum, declaration in support thereof and exhibits thereto, a sanction of dismissal is appropriate against Plaintiff here because Plaintiff has fabricated key evidence, engaged in perjury and made numerous material misrepresentations to the Court, misused the judicial process, and otherwise litigated this case in bad faith.

　　WHEREFORE, Defendants respectfully requests that the Court grant its motion to dismiss for bad faith conduct of litigation.

1

2

Dated: September 2, 2011    Respectfully submitted,

By:   /s/ Chad R. Bowman
Nathan E. Siegel, (D.C. Bar No. 446253)
Chad R. Bowman, (D.C. Bar No. 484150)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C.  20036-5514
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
E-mail: nsiegel@lskslaw.com
E-mail: cbowman@lskslaw.com

*Counsel for Defendants*