IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY SLATE,**<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**AMERICAN BROADCASTING COMPANIES, INC., ET AL.,**<br><br>        **Defendants.** | Civil Action No. 09-1761 (BAH/DAR) |

## ORDER

AND NOW, this ___ day of _____, 2011, upon consideration of the Motion to Dismiss for Bad-Faith Conduct of Litigation filed by Defendants American Broadcasting Companies, Inc., ABC News/Starwave Partners, and Disney/ABC International Television, Inc. ("Defendants"), as well as the accompanying memorandum of law, declarations and exhibits in support thereof, and any response thereto, any reply in support thereof, and any oral argument thereon, it is hereby **ORDERED** that the Motion is **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE**.

                                                                                                _____
                                                                                                Hon. Beryl A. Howell